# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| READING BLUE MOUNTAIN AND NORTHERN RAILROAD, | : | No. 432 MAL 2020 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| SEDA-COG JOINT RAIL AUTHORITY AND BOARD OF SEDA-COG JOINT RAIL AUTHORITY, SUSQUEHANNA UNION RAILROAD COMPANY, AND CARLOAD EXPRESS, INC., | : | |
| | : | |
| Respondents | : | |
| | | |
| READING BLUE MOUNTAIN AND NORTHERN RAILROAD, | : | No. 433 MAL 2020 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| SEDA-COG JOINT RAIL AUTHORITY AND BOARD OF SEDA-COG JOINT RAIL AUTHORITY, SUSQUEHANNA UNION RAILROAD COMPANY, AND CARLOAD EXPRESS, INC., | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

**AND NOW**, this 11th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.